ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 15 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. |
| § | |
| PHILLIP MONROE BALLARD § | 4-13CR-067-A |

## INDICTMENT

The United States Grand Jury charges that:

### COUNT ONE

Solicitation to Commit Murder
**(Violation of 18 U.S.C. § 373)**

From on or about September 9, 2012, and continuing through September 27, 2012, in the Fort Worth Division of the Northern District of Texas, the defendant, Phillip Monroe Ballard, with the intent that another person engage in conduct constituting a felony that has as an element the use, attempted use, or the threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances that strongly corroborate that intent, solicited, commanded, and otherwise endeavored to persuade an individual

to murder a United States District Judge, an officer of the United States, on account of the performance of his official duties, in violation of 18 U.S.C. § 1114.

In violation of 18 U.S.C. § 373, the penalty for which is found at 18 U.S.C. §§ 1114(1) and 1111(b).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

SARAH R. SALDANA
UNITED STATES ATTORNE

BY: _____
C.M. Feazel
Special Assistant United States Attorney
Northern District of Texas
(713) 567-9000

&

_____
S. Mark McIntyre
Assistant United States Attorney
Northern District of Texas
(713) 567-9000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

Phillip Monroe Ballard (01)

INDICTMENT

18 U.S.C. § 373
Solicitation to Commit Murder

(1 COUNT)

A true bill rendered:

FORT WORTH                                                              FOREPERSON

Filed in open court this 15th day of May, A.D. 2013.

Warrant to issue

UNITED STATES DISTRICT JUDGE
(Magistrate Court Number:                    )