UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 11 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

CRIMINAL NO. 13-0067

VERSUS

JUDGE DONALD E. WALTER

PHILLIP MONROE BALLARD

### VERDICT

As to Count One of the Indictment, we the jury find the Defendant, **Phillip Monroe Ballard**:

__X__ GUILTY          ____ NOT GUILTY

Signed this 11th day of December, 2013.

_____
Foreman